IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CR. NO. 04-20463-01-Ma |
| | ) | |
| TIMOTHY VO, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER ON CHANGE OF PLEA**

This cause came on to be heard on April 21, 2005, the United States Attorney for this district appearing for the Government and the defendant, Timothy Vo, appearing in person and with retained counsel, Mr. Jack McNeil.

With leave of the Court, the defendant entered a plea of guilty to Count 9 of the Indictment. Plea colloquy was held and the Court accepted the guilty plea.

Sentencing in this matter is set for **Friday, July 29, 2005 at 10:00 a.m.**

The defendant may remain on his present bond pending sentencing.

**ENTERED** this the 21st day of April, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 4-25-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 24 in case 2:04-CR-20463 was distributed by fax, mail, or direct printing on April 25, 2005 to the parties listed.

---

Jack McNeil
MCNEIL LAW OFFICE
147 Jefferson Ave.
Ste. 1104
Memphis, TN 38103

Timothy R. DiScenza
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT