IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _CJ_ D.C.

05 JUL 11 PM 4: 46

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA,

VS.                                                NO. 04-20463-Ma

TIMOTHY VO,

   Defendant.

ORDER OF TRANSFER

The above-styled case is hereby transferred to Judge Jon Phipps McCalla in exchange for Case No. 2:04cr20462, <u>United States of America v. Martin Rhea</u>. The parties shall, on all pleadings and correspondence related to this matter, change the judge's initials in the case number from "Ma" to "Ml."

It is so ORDERED this 11th day of July, 2005.

                                          _____
                                          SAMUEL H. MAYS, JR.
                                          UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on ___7-14-05___

28

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 28 in case 2:04-CR-20463 was distributed by fax, mail, or direct printing on July 14, 2005 to the parties listed.

---

Timothy R. DiScenza
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Jack McNeil
MCNEIL LAW OFFICE
147 Jefferson Ave.
Ste. 1104
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT