FILED BY ____ D.C.

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE, WESTERN DIVISION

05 AUG -3 PM 5: 18

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| PLAINTIFF, | |
| VS. | NO:   04-20463-Ma (McCalla) |
| TIMOTHY VO, | |
| DEFENDANT. | |

## ORDER CONTINUING SENTENCING HEARING

**THIS MATTER** came on for consideration upon the Motion of the Defendant to continue the Sentencing Hearing from August 8, 2005 to August 25, 2005 at 4:30 p.m.;

It appearing to the Court that said Motion should be granted.

**IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED** that the Sentencing Hearing in this matter be, and the same hereby is, continued from August 8, 2005 to Thursday, August 25, 2005 at 4:30 p.m. in Courtroom 4, 9th Floor of the Federal Building, Memphis, Tennessee.

_____
HONORABLE JOHN P. McCALLA,
DISTRICT COURT JUDGE

ENTERED: Aug 3, 2005

APPROVED:

_____
JACK McNEIL, CO-COUNSEL
FOR THE DEFENDANT
147 Jefferson Avenue, Suite 1104
Memphis, TN  38103
901-525-5332

HONORABLE TIMOTHY R. DiSCENZA
Assistant U. S. Attorney
800 Federal Building
Memphis, Tennessee 38103

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  8-4-05

(33)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 33 in case 2:04-CR-20463 was distributed by fax, mail, or direct printing on August 4, 2005 to the parties listed.

---

Timothy R. DiScenza
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Jack McNeil
MCNEIL LAW OFFICE
147 Jefferson Ave.
Ste. 1104
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT