PROB. 12
(Rev. 3/88)

# UNITED STATES DISTRICT COURT

for

## WESTERN DISTRICT OF TENNESSEE

## MEMPHIS DIVISION

U.S.A. vs. **TIMOTHY VO**            Docket No. **2:04CR20463-01**

### Petition on Probation and Supervised Release

**COMES NOW** NICOLE D. PETERSON **PROBATION OFFICER OF THE COURT** presenting an official report upon the conduct and attitude of Timothy Vo who was placed on supervision by the Honorable Jon Phipps McCalla sitting in the Court at Memphis, TN on the 25th day of August, 2005 who fixed the period of supervision at three (3) years, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

(1) The defendant shall submit to mental health testing and mental health treatment programs as directed by the Probation Office.

(2) The defendant shall seek and maintain full time employment.

(3) The defendant shall cooperate with DNA collection as directed by the Probation Office.

(4) The defendant shall pay a fine in the amount of $1,000.00 (Balance: $1,000.00).

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**
(If short insert here; if lengthy write on separate sheet and attach)

After reviewing Timothy Vo's monthly income and necessary expenses, it appears that ten (10%) percent of his monthly gross income is an appropriate payment plan.

**PRAYING THAT THE COURT WILL ORDER** that Timothy Vo's fine payments be set at ten (10%) percent of his monthly gross income.

**ORDER OF COURT**            Respectfully,

Considered and ordered this 9 day of Jan, 2006 and ordered filed and made a part of the records in the above case.

Jon P. McCalla
United States District Judge

Nicole D. Peterson
United States Probation Officer

**Place** Memphis, Tennessee

**Date** January 3, 2006